

Entered on Docket
May 12, 2011

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

1 | KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
2 | 201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
3 | (702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br>**FEDERICO TORIZ**<br>**EUGENIA OREA DE TORIZ**<br><br>　　　　　**Debtors**<br><br>**CROSBY & ASSOCIATES**<br>**Attorney for Debtors** | Chapter 13<br>BKS-11-14052-BAM<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

　　As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J, Statement of Financial Affairs, and Chapter 13 Plan as required within the forty-five (45) day period, which expired on May 06, 2011.

. . .

. . .

. . .

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: May 11, 2011
9 (alr)